# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Christy Aliposa

                                      Plaintiff,

v.                                                                       Case No.: 1:21−cv−03020

                                                                                          Honorable Joan H. Lefkow

Rush University Medical Center

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 15, 2021:

      MINUTE entry before the Honorable Gabriel A. Fuentes: (Recreation of no. [26] (system error)): Settlement conference held on 12/14/21. The parties reached an agreement to settle the matter. A settlement finalization telephonic status hearing is set for 2 p.m. on 1/20/22 but will be vacated if the stipulation to dismiss is on file by then. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.