**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHRISTY ALIPOSA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 21-cv-03020 |
| v. | ) | |
| | ) | Judge Joan H. Lefkow |
| RUSH UNIVERSITY MEDICAL CENTER, | ) ) | Magistrate Judge Gabriel Fuentes |
| | ) | JURY TRIAL DEMAND |
| Defendant. | ) | |
| | ) | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, through their undersigned attorneys, hereby stipulate that all claims in this matter are DISMISSED WITHOUT PREJUDICE.

This DISMISSAL WITHOUT PREJUDICE will automatically convert to a DISMISSAL WITH PREJUDICE on MARCH 1, 2022 unless, on that date, a motion to reinstate the case, a motion to enforce the settlement agreement, or a motion for additional time to file a motion to reinstate or a motion to enforce the settlement agreement is pending before the Court.

Date: January 20, 2022                                          Respectfully Submitted,

CHRISTY ALIPOSA                                          RUSH UNIVERSITY MEDICAL CENTER

By: /s/ Jaz Park                                          By: /s/ Jane M. McFetridge
Jaz Park                                                         Jane M. McFetridge
Attorney at Law                                              Daniel T. Corbett
6427 N. Damen No 2E                                  JACKSON LEWIS P.C.
Chicago, IL 60645                                          150 N. Michigan Avenue, Suite 2500
(872) 588-0440                                              Chicago, Illinois 60601
jaz.park@kentlaw.edu                                  Tel: (312) 787-4949
                                                                        Fax: (312) 787-4995
Richard J. Gonzalez                                      jane.mcfetridge@jacksonlewis.com
Chicago-Kent College of Law                      daniel.corbett@jacksonlewis.com
565 West Adams Street Suite 600
Chicago, IL 60661-3601                               *Attorneys for Defendant*
(312) 906-5050
rgonzale@kentlaw.edu

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2022, a copy of the foregoing STIPULATION OF DISMISSAL WITHOUT PREJUDICE was filed electronically. Service of this filing will be made by operation of the court's electronic filing system.

By: /s/ *Jaz Park*
Jaz Park